RECEIPT # 5/262
AMOUNT $ 150.00 - DX
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 11/17/03

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT HARSCH,
    Plaintiff

v.

SPECIALTY ELASTOMERS
HOLDINGS, INC.
    Defendant

MAGISTRATE JUDGE Alexander

Case No. _____

(Docketed at the Bristol
County Superior Court,
Commonwealth of Mass.,
as BRCV2003-00902)

03 12280 WGY

NOTICE OF REMOVAL UNDER 28 U.S.C. § 1446

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendant, Specialty Elastomers Holdings, Inc., files this notice to remove a civil action from the Bristol County Superior Court, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts. In support of this notice the defendant states that:

1.) The above-captioned action was commenced by the plaintiff, Robert Harsch, in the Superior Court Department of the Trial Court, Bristol County, Commonwealth of Massachusetts, and is now pending in that court. Appendix 17-20.

2.) Process was served on the defendant on October 17, 2003. App. 12-13.

3.)  The plaintiff's action is for breach of an employment contract. App. 2.

4.)  The plaintiff is a resident of the State of Massachusetts. App. 1.

5.)  The defendant is a foreign corporation, incorporated under the laws of the State of Delaware and with its principal place of business in the State of Illinois. Ibid.

6.)  The amount in controversy exceeds the sum of $75,000. App. 2.[1]

7.)  The United States District Court for the District of Massachusetts, therefore, has subject matter jurisdiction over this dispute by reason of diversity of the citizenship of the parties, 28 U.S.C. § 1332.

8.)  The action may be removed to this Court pursuant to 28 U.S.C. § 1441.

---

[1] In his complaint, the plaintiff alleges that he is due $119,564.02 under the terms of an employment contract. App 2. In addition, the plaintiff demands an unspecified amount of "incentive compensation" and attorney's fees.

2

9.) Copies of the process, pleadings, and other papers served upon the defendant are attached. App. 1-13.

WHEREFORE, the defendant respectfully asks that the plaintiff's civil action in the Bristol County Superior Court, Commonwealth of Massachusetts, be discontinued and that the claim be removed to this Court.

                        Respectfully submitted,
                        Specialty Elastomers
                        Holdings, Inc.,
                        By its attorneys,

_____
Norman Holtz, BBO# 238880
Eugene J. Sullivan III,
BBO # 656497
GILMAN/ HOLTZ, P.C.
25 New Chardon Street
Boston, MA 02114
(617) 720-2663

[of counsel]      Jessica Lee
                   Jerry Meade
                   GIBSON, DUNN & CRUTCHER LLP
                   1801 California Street, Suite 4100
                   Denver, CO 80202
Dated: 17 Nov 03   (303)298-5700

<u>Certificate of Service</u>

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail.

Dated: 17 Nov 03                              Eugene J. Sullivan III

4