

LAW OFFICES
CHARLES A. MURRAY, P.C.

FILED
IN CLERKS OFFICE
2003 DEC 22 P 12: 55
U.S. DISTRICT COURT
DISTRICT OF MASS.

December 19, 2003

Office of the Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA  02210

Attention:  Elizabeth F. Smith

Re:   Robert Harsch
v.    Specialty Elastomers Holdings, Inc.
      C.A. No. 03-CV-12280-WGY

Dear Clerk Smith:

In accordance with our telephone conversation yesterday, this is to confirm that the parties are discussing a potential Motion to Consolidate this case with another now pending in Judge Zobel's session since there are issues of law and discovery which will be common to both cases.

For that reason, and because I have a planned and committed vacation that will make me unavailable on January 5, 2004 when the scheduling conference has been set, this is to request that the scheduling conference now scheduled for January 5th be postponed to a more remote date, or until a determination has been made by the parties concerning a Motion to Consolidate.

Very truly yours,

CHARLES A. MURRAY, P.C.

By:  Charles A. Murray, III

CAM/smf
cc:  Norman Holtz, Esq.

700 PLEASANT STREET
NEW BEDFORD, MA 02740

FACSIMILE
(508) 984-8501

E-MAIL:  law@murraylawfirm.com

TELEPHONE
(508) 984-8500