UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT HARSCH,
    Plaintiff

v.

SPECIALTY ELASTOMERS
HOLDINGS, INC.
    Defendant

Case No.
03-CV-12280-WGY

DEFENDANT'S RESPONSE TO THE PLAINTIFF'S MOTION TO TRANSFER UNDER LR 40.1

The plaintiff, Robert Harsch, has moved the court, pursuant to LR 40.1, to transfer the above-captioned action from the session of Chief Judge Young to the session of Judge Zobel.

The defendant, Specialty Elastomers Holdings, Inc., does not oppose the plaintiff's motion to transfer the case between sessions. The defendant does not assent, however, to the assertions of fact and law contained in the plaintiff's motion and preserves hereby its objections to such. The defendant notes, moreover, that it will oppose any motion to consolidate the above-captioned case with the case captioned Bowie v. Specialty Elastomers Holdings, Inc. (Case No. 03-CV-12279-RWZ) and docketed already in the session of Judge Zobel.

Respectfully submitted,
Specialty Elastomers
Holdings, Inc.,
By its attorneys,

Norman Holtz, BBO# 238880
Eugene J. Sullivan III,
BBO # 656497
GILMAN/ HOLTZ, P.C.
25 New Chardon Street
Boston, MA 02114
(617) 720-2663

[of counsel]     Jessica Lee
                 Jerry Meade
                 GIBSON, DUNN & CRUTCHER LLP
                 1801 California Street, Suite 4100
                 Denver, CO 80202
Dated: 9 Feb 04  (303)298-5700

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail.

Dated: 9 Feb 04                    Eugene J. Sullivan III