**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

__ROBERT HARSCH__
        Plaintiff(s)

    V.

__SPECIALTY ELASTOMERS HOLDINGS, INC.__
        Defendant(s)

CIVIL ACTION

NO. __03-12280-RWZ__

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to **JUDGE MAZZONE** for the following ADR program:

- _____ SCREENING CONFERENCE
- __X__ MEDIATION
- _____ SUMMARY JURY TRIAL
- _____ SPECIAL MASTER
- _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM
- _____ EARLY NEUTRAL EVALUATION
- _____ MINI-TRIAL
- _____ SETTLEMENT CONFERENCE

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

__5/10/04__
DATE

__Rya W. Zobel__
UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_ | Antitrust | \_\_\_\_ |
| Civil Rights | \_\_\_\_ | Contract | \_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_ | Environmental | \_\_\_\_ |
| ERISA | \_\_\_\_ | FELA | \_\_\_\_ |
| Labor Relations | \_\_\_\_ | Medical Malpractice | \_\_\_\_ |
| Personal Injury | \_\_\_\_ | Product Liability | \_\_\_\_ |
| Shareholder Dispute | \_\_\_\_ | | |
| Other | _____ | | |

(ADR Referral.wpd - 2/18/99)          [orefadr.]