UNITED STATES DISTRICT COURT

| | |
|---|---|
| ROBERT HASCH and<br>RICHARD BOWIE,<br>Plaintiffs<br><br>v.<br><br>SPECIALTY ELASTOMER<br>HOLDINGS, INC.,<br>Defendant | CA No. 03-CV-12279-RWZ<br>CA No. 03-CV-12280-RWZ |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal R. Civ. P. Rule 41(a)(1), the parties to the above-entitled matter stipulate that said action shall be dismissed with prejudice, without costs and all rights of appeal waived.

ROBERT HARSCH
RICHARD BOWIE
By Their Attorney,

*Charles A Murray*
Charles Murray
BBO# 364240
CHARLES A. MURRAY, P.C.
700 Pleasant Street
New Bedford, MA 02740
(508) 984-8500

SPECIALTY ELASTOMER
HOLDINGS, INC.
By its Attorney,

*Norman Holtz*
Norman Holtz, Esquire
BBO# 238880
GILMAN/HOLTZ, P.C.
25 New Chardon Street
Boston, MA 02114
(617) 720-2663